**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7639**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KORLIS RAY HARRIS, a/k/a Big Bro,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James D. Dever III, District Judge. (5:15-cr-00113-D-1; 5:14-cr-00020-D-1; 5:18-cv-00299-D)

Submitted: July 20, 2020                                          Decided: July 29, 2020

Before GREGORY, Chief Judge, HARRIS and QUATTLEBAUM, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Korlis Ray Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korlis Ray Harris seeks to appeal the district court's orders dismissing his 28 U.S.C. § 2255 (2018) motion and denying reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court failed to address Harris' claim that counsel was ineffective at sentencing for failing to investigate, and object to, the unreliability of the informant's statements, a tactic Harris contends resulted in a lower base offense level for his co-defendant. We therefore conclude that the order Harris seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claim. *Id.* at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*